

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00249-CR

RUDY CORTINAS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 432nd District Court
Tarrant County, Texas
Trial Court No. 1345818D, Honorable Ruben Gonzalez, Jr., Presiding

July 23, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant Rudy Cortinas appeals his conviction for possessing a controlled substance. He filed his notice of appeal *pro se* and now seeks the appointment of appellate counsel.

Accordingly, we abate this appeal and remand the cause to the trial court for further proceedings. Upon remand, the trial court shall immediately determine, via a reasonable means selected by the trial court, whether Appellant is entitled to the appointment of counsel per Texas Code of Criminal Procedure art. 26.04. The trial

court is also directed to enter such orders necessary to address the aforementioned question and to order the appointment of counsel if appellant is found entitled to same. So too shall it include its findings on this matter (including the name, address, and phone number of any attorney it may appoint to represent Appellant in this appeal) in a supplemental record and cause that record to be filed with the clerk of this Court by August 24, 2015. Should further time be needed to perform these tasks, then same must be requested before that date.

Per Curiam

Do not publish.